UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FIRST DATA MERCHANT SERVICES LLC, Plaintiff, | : | |
| -v- | : | 26 Civ. 9586 (JPC) |
| COMMERCIAL BANK OF CALIFORNIA, Defendant. | : | <u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

On November 2, 2026, Defendant removed this case to federal court. Dkt. 1. The Docket reflects that Defendant was served with the summons and complaint on October 26, 2026. Dkt. 7. Defendant's deadline to respond to the Complaint was therefore November 16, 2026. *See* Fed. R. Civ. P. 81(c)(2). That deadline has passed, and the docket does not reflect a response to the Complaint. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until December 1, 2026. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by December 8, 2026.

SO ORDERED.

Dated: November 20, 2026
New York, New York

JOHN P. CRONAN
United States District Judge